**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EXPRESS MOBILE, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GODADDY.COM, LLC, )<br>)<br>Defendant. )<br>) | Civil Action No.1:19-cv-01937-RGA |

**JOINT CLAIM CONSTRUCTION CHART**

Pursuant to Paragraph 7 of the Scheduling Order (Dkt. No. 14), Plaintiff Express Mobile, Inc. ("Express Mobile") and Defendant GoDaddy.com, LLC ("GoDaddy") hereby submit this Joint Claim Construction Chart identifying for the Court the claim terms of U.S. Patent No. 6,546,397, U.S. Patent No. 7,594,168, U.S. Patent No. 9,063,755, U.S. Patent No. 9,471,287, and U.S. Patent No. 9,928,044, for which the parties have reached agreed-upon constructions, as well as claim terms for which the parties have a dispute together with the parties' proposed constructions of the disputed claim terms and citations to the supporting intrinsic evidence. For several additional terms, the parties have agreed to defer resolution of several indefiniteness issues that arose during the meet and confer process, and will submit a separate stipulation and proposed order to the Court on this issue. If the Court would like to resolve these issues as part of claim construction, however, the parties' respective positions are set forth below.

Additionally, via meet and confer process the parties have agreed to withdraw certain terms from requiring construction with the agreed stipulation, similar to the Court's May 20, 2020 Order (D.I. 126) in the case of *Shopify Inc. et al v Express Mobile, Inc.* (19-439), that should any of these terms in fact become dispositive, the parties will address them in the alternative in expert discovery

-2-

and argue their different positions in connection with summary judgement briefing.  The list of withdrawn terms to which the stipulation applies is as follows:

**'397 Family**
- associated with a style that includes values defining transformations and time lines
- browser
- defined entirely
- element style; style; style data
- external database
- internal database
- means for storing information representative of said selected description [in said database]
- means for storing information representative of selected style [in said database]
- objects
- said [one or more] run time files utilize information stored in said external database to generate virtual machine commands for the display of at least a portion of said one or more web pages
- substantially contemporaneously / contemporaneously
- transition
- values defining transformations and time lines; values defining time lines

**'755 Family**
- activated and runs in a web browser
- associate the selected symbolic name with the defined UI object
- associated output symbolic name
- automatically selected by the system
- data format class; associated data format class type corresponding to a subclass of User Interface (UI) objects that support the data format type of the symbolic name
- persistent address
- pointer to an output value
- said code

**EXHIBITS**

| Exhibit No. | Description |
|---|---|
| 1 | U.S. Patent No. 6,546,397 |
| 2 | U.S. Patent No. 7,594,168 |
| 3 | U.S. Patent No. 9,063,755 |
| 4 | U.S. Patent No. 9,471,287 |
| 5 | U.S. Patent No. 9,928,044 |
| 6 | Excerpt from 6,546,397 File History, Amendment, June 5, 2001 |
| 7 | Excerpt from 6,546,397 File History, Amendment, Dec. 13, 2001 |
| 8 | Excerpt from 9,063,755 File History, Amendment, Jan. 16, 2014 |
| 9 | Excerpt from 6,546,397 File History, Office Action, Feb. 5, 2001 |
| 10 | Excerpt from 6,546,397 File History, Office Action, Aug. 12, 2001 |
| 11 | Excerpt from 6,546,397 File History, Amendment After Final, Jan. 17, 2002 |
| 12 | Excerpt from 6,546,397 File History, Feb. 13, 2018 Certificate of Correction |
| 13 | Excerpt from 9,063,755 File History, Office Action Response, March 6, 2013 |
| 14 | Excerpt from 9,063,755 File History, Amendment "A" Under 37 C.F.R. § 1.111, Mar. 6, 2013 |
| 15 | Excerpt from 9,063,755 File History, Reply "B" Under 37 C.F.R. § 1.116(e), May 30, 2013 |
| 16 | Excerpt from 9,063,755 File History, Response to Office Action After Final, Sept. 26, 2013 |
| 17 | Excerpt from 9,063,755 File History, Amendment Under 37 C.F.R. § 1.111, Jan. 17, 2014 |
| 18 | Excerpt from 9,063,755 File History, Appeal Brief, Nov. 26, 2014 |
| 19 | Excerpt from 9,471,287 File History, Preliminary Amendment "B", July 16, 2015 |
| 20 | U.S. Prov. Pat. Appl. No. 61/123,438, Apr. 7, 2008 |
| 21 | U.S. Prov. Pat. Appl. No. 61/166,651, Apr. 3, 2009 |
| 22 | '755 File History: U.S. Prov. Pat. Appl. No. 61/113,471, Nov. 11, 2008 |
| 23 | Excerpt from 9,928,044 File History, Notice of Allowance |

| | |
|---|---|
| Dated: December 7, 2020 | Respectfully submitted, |
| /s/ *Brian Auerbach* | /s/ *Timothy Devlin* |
| Beth Moskow-Schnoll (No. 2900) | Timothy Devlin (#4241) |
| Brittany Giusini (No. 6034) | tdevlin@devlinlawfirm.com |
| Brian S.S. Auerbach (No. 6532) | DEVLIN LAW FIRM LLC |
| BALLARD SPAHR LLP | 1526 Gilpin Avenue |
| 919 N. Market Street, 11th Floor | Wilmington, Delaware 19806 |
| Wilmington, DE 19801-3034 | Telephone: (302) 449-9010 |
| (302) 252-4465 | Facsimile: (302) 353-4251 |
| moskowb@ballardspahr.com | |
| giusinib@ballardspahr.com | OF COUNSEL: |
| auerbachb@ballardspahr.com | |
| | James R. Nuttall (*pro hac vice*) |
| OF COUNSEL: | Michael Dockterman (*pro hac vice*) |
| | Robert F. Kappers (*pro hac vice*) |
| BALLARD SPAHR LLP | Tron Fu (*pro hac vice*) |
| Brian W. LaCorte (pro hac vice) | Katherine H. Johnson (*pro hac vice*) |
| Jonathon A. Talcott (pro hac vice) | jnuttall@steptoe.com |
| 1 East Washington Street, Suite 2300 | mdocketerman@steptoe.com |
| Phoenix, AZ 85004-2555 | rkappers@steptoe.com |
| (602) 798-5400 | tfu@steptoe.com |
| lacorteb@ballardspahr.com | kjohnson@steptoe.com |
| talcottj@ballardspahr.com | STEPTOE & JOHNSON LLP |
| | 227 West Monroe, Suite 4700 |
| *Counsel for Defendant/Counterclaimant* | Chicago, IL 60606 |
| *GoDaddy.com, LLC* | Telephone: (312) 577-1300 |
| | Facsimile: (312) 577-1370 |
| | |
| | Christopher A. Suarez (*pro hac vice*) |
| | csuarez@steptoe.com |
| | STEPTOE & JOHNSON LLP |
| | 1330 Connecticut Avenue, NW |
| | Washington, DC 20036 |
| | Telephone: (202) 429-8131 |
| | Facsimile: (202) 429-3902 |
| | |
| | *Attorneys for Plaintiff Express Mobile, Inc.* |

**AGREED CONSTRUCTIONS**

| Patent and Claim Term(s) / Phrase(s) | Agreed Construction |
|---|---|
| multi-dimensional array(s) / multidimensional array(s) | a uniquely identifiable indexed set of related elements, wherein each element is addressed by a set of two or more indices, each index corresponding to a dimension of the array |
| storing information representative of said one or more user selected setting in a database | storing data in a database, which data pertains to one or more attributes of an object available for selection by a user |
| transformation | the changing of an object from one state to another based on a timer control, subject to user settings |
| settings | attributes of an object available for selection |
| authoring tool / authoring tool configured to | a system, with a graphical interface, for generating code to display content on a device screen |
| device-dependent code | code that is specific to the operating system, programming language, or platform of a device |
| device-independent code | code that is not specific to the operating system, programming language, or platform of a device |
| where said application is device-dependent code | where said Application is a device-independent code |

**DISPUTED CONSTRUCTIONS**
**U.S. Patent No. 6,546,397 and U.S. Patent No. 7,594,168[1]**

| '397 and '168 Patents Claim Term(s) / Phrase(s) | Express Mobile Proposed Construction and Supporting Intrinsic Evidence | GoDaddy Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| at least one run time file / one or more run time files<br><br>'397 Patent: Claims 1-2 and 37 | one or more files, including a run time engine, that are downloaded or created when a browser is pointed to a web page or website<br><br>*See e.g.,* '397 Patent at 2:60-66, 5:48-62, 7:61-8:9, 40:56-65, 62:29-40. (Ex. 1). | one or more files, including a run time engine, that are downloaded or created and executed by a browser when a browser is pointed to a web page or website<br><br>*See, e.g.*, '397 patent at Abstract, 1:11-3:6, 5:48-63, 7:61-8:64, 9:39-45, 22:51-65, 28:34-38, 33:8-13, 40:56-61, 41:63-67, 43:8-48:46, 52:54-64, 62:15-39, 62:41-67, 64:52-65:26, 65:44-66:2; 66:3-23, Figs. 1, 2, 4a, 4b, 9, 25, 26, 27, 28, 29 (Ex. 1).<br><br>*See, e.g.*, '397 File History: Office Action, Feb. 5, 2001, at 2 (Ex. 9); Applicant Amendment, June 5, 2001, at 1-2, 6, 8, 9-11 (Ex. 6); Office Action, Aug. 12, 2001, at 3-4, 12 (Ex. 10); Amendment After Final, Jan. 17, 2002, at 5-8 (Ex. 11). |

---

[1] Because the specifications of the '168 and '397 patents are substantively identical, the parties omit parallel citations to the '168 patent. Citations to the '397 patent's specification should be understood to identify corresponding portions of the '168 patent's specification. Throughout, citations to figures should be understood to also encompass portions of the specification referencing the cited figures.

| '397 and '168 Patents Claim Term(s) / Phrase(s) | Express Mobile Proposed Construction and Supporting Intrinsic Evidence | GoDaddy Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| run time (runtime) engine<br><br>'168 Patent: Claim 1 | file that is executed at runtime that reads information from the database and generates commands to display a web page or website<br><br>*See e.g.*, '397 Patent at 2:39-41, 2:60-66, 5:48-62, 7:61-8:9, 32:21-25, 40:56-65, 62:33-36, 62:29-40. (Ex. 1).<br><br>*See e.g.*, '397 File History, Jan. 17, 2002 Amendment at 5-6. (Ex. 7). | file that is executed at runtime that reads information from the database and generates virtual machine commands to display a web page or website<br><br>*See, e.g.*, '397 patent at Abstract, 1:11-3:6, 5:48-63, 7:42-8:64, 9:39-45, 22:51-65, 28:34-38, 33:7-13, 35:40-45, 40:56-61, 41:63-67, 43:8-48:46, 52:54-64, 62:15-39, 62:41-67, 64:52-65:26, 65:44-66:2; 66:3-23, 67:54-63, 68:24-30; 68:44-69:4, Figs. 1, 2, 4a, 4b, 9, 16, 24, 25, 26, 27, 28, 29 (Ex.1)<br><br>*See, e.g.*, '397 File History: Office Action, Feb. 5, 2001, at 2 (Ex. 9); Applicant Amendment, June 5, 2001, at 1-2, 6, 8, 9-11 (Ex. 6); Office Action, Aug. 12, 2001, at 3-4, 12 (Ex. 10); Amendment After Final, Jan. 17, 2002, at 1-13 (Ex. 11). |

| '397 and '168 Patents Claim Term(s) / Phrase(s) | Express Mobile Proposed Construction and Supporting Intrinsic Evidence | GoDaddy Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| virtual machine<br><br>'397 Patent: Claims 1-2 and 37 | abstract machine emulated in software or software that emulates a physical machine | software that emulates a physical processor<br><br>*See, e.g.*, '397 patent at 1:11-3:6, 3:64-67; 9:1-35; 22:17-58; 35:34-45, 43:8-17, 43:28-32, 44:36-59; 65:44-66:2, 66:3-23, 68:43-69:4, Figs. 2, 4a-b, 5, 6, 9, 25, 27, 33-35 (Ex. 1).<br><br>*See, e.g.*, '397 File History: Applicant Amendment, June 5, 2001, at 1-2, 6, 8, 9-11 (Ex. 6); Office Action, Aug. 12, 2001, at 3-4, 12; Amendment After Final, Jan. 17, 2002, at 1-13 (Ex. 10). |
| database<br><br>'397 Patent: Claims 1-3, 9, 14, 23, and 37<br><br>'168 Patent: Claim 1 | an electronic information storage system offering data storage and retrieval | an electronic information storage system offering data storage and retrieval and that stores information on a record-by-record basis, each record divided into one or more fields<br><br>*See, e.g.*, '397 patent at Fig. 29, 22:61–65, 41:30–43:7, 45:44-46:8 (Ex. 1). |

| '397 and '168 Patents Claim Term(s) / Phrase(s) | Express Mobile Proposed Construction and Supporting Intrinsic Evidence | GoDaddy Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| multidimensional array structured database<br><br>'397 Patent: Claim 3 | No construction necessary<br><br>*See e.g.*, '397 Patent at 2:5-10, 2:33-39, 5:52-62, 6:33-36, 22:30-46, 27:1-28, 42:1-43:7, 52:48-50, Fig. 24. (Ex. 1). | database that adheres to a data model structured in the form of a multidimensional array, where the different dimensions of the array each correspond to a different layer of the overall web site stack and where each layer has fields for each of its attributes<br><br>*See, e.g.*, '397 patent at Abstract, 2:5-14, 2:32-42, 3:60-63, 4:57-60, 5:8-11, 5:48-62, 5:64-6:9, 6:33-42, 8:9-64, 14:64-15:41, 16:27-45, 22:6-65, 27:11-3133:27-34, 40:62-43:7, 42:15-67, 44:36-66, 45:14-46:29, 65:44-66:2, 66:3-23, 66:24-25, 66:45-49, 66:60-65, 68:43-69:4, Figs. 2, 3a-b, 4a-b, 8, 13, 17, 18, 19, 20, 22, 24, 27-29 (Ex. 1). |
| timeline / time line(s)<br><br>'397 Patent: Claims 11, 13-15 19, and 23<br><br>'168 Patent: Claims 1, 3 | independent process that defines one or more values for an object, including its appearance, animation, speed, and/or resolution over time<br><br>*See e.g.*, '397 Patent at 30:50-52, 31:22-40, 36:50-52, 52:38-43, 52:54-59, Fig. 33. (Ex. 1). | sequence of changes that define the attributes of a text button or image object as the changes occur<br><br>'397 patent at 4:40-42, 7:67-8:9, 31:23-40, 31:22-39, 36:40-37:33, 38:25-36, 48:17-23, 52:30-53:37, 60:11-41, 60:58-62:7, Figs. 19, 20, 31-35, 61, 62, 63 (Ex. 1). |
| child [object(s)]<br><br>'397 Patent: Claims 12, 13, and 19<br><br>'168 Patent: Claims 2, 3 | an object that is related to another object | element/object/button/style that is spawned by another element/object/button/style (i.e., the parent element/object/button)<br><br>*See, e.g.*, '397 patent at 12:2-8, 30:52-58, 31:22-40, 36:54-64, 37:15-34, 52:66-53:6, 53:33-37, 61:10-14, 61:23-61 (Ex. 1) |

| '397 and '168 Patents Claim Term(s) / Phrase(s) | Express Mobile Proposed Construction and Supporting Intrinsic Evidence | GoDaddy Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| child button; child image object; child element; child element style; child object<br><br>'397 Patent: Claims 12, 13, and 19<br><br>'168 Patent: Claims 2, 3 | an element with one or more properties that depends on another element / a style related to a child element / no construction necessary / an object with one or more properties that depends on another object / a button with one or more properties that depends on another object / an image object with one or more properties that depends on another object registry<br><br>*See e.g.*, '397 Patent at 31:22-40, 52:66-53:3, 53:28-37, 61:23-61, 64:16-23, Fig. 34. (Ex. 1). | element/object/button/style that is spawned by another element/object/button/style (i.e., the parent element/object/button)<br><br>*See, e.g.*, '397 patent at 12:2-8, 30:52-58, 31:22-40, 36:54-64, 37:15-34, 52:66-53:6, 53:33-37, 61:10-14, 61:23-61 (Ex. 1) |

| '397 and '168 Patents Claim Term(s) / Phrase(s) | Express Mobile Proposed Construction and Supporting Intrinsic Evidence | GoDaddy Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| build tool<br><br>'397 Patent: Claim 2 and 37 | a tool operable to facilitate the building of one or more webpages or websites<br><br>*See e.g.*, '397 patent at 5:48-62, 6:4-20, 7:61-64, 8:66-10:53, 40:56-61, 43:18-27, Figs. 2, 3b, 4b, 24, 27. (Ex. 1).<br><br>*See e.g.*, '397 File History, June 5, 2001 Amendment at 9-10. (Ex. 6). | a tool operable to construct one or more run time files and an associated database that describe, and when the run time file(s) are executed, produce web page(s)<br><br>*See, e.g.*, '397 patent at Abstract, 1:11-3:6, 3:20-22; 5:48-62, 5:64-6:3, 7:42-9:45, 10:16-53, 14:64-15:14, 22:51-65; 28:34-48; 33:7-13; 35:40-45, 40:55-48:22, 52:54-64, 62:16-65:26, 65:44-66:2, 66:3-23, 66:45-49, 66:60-65, 67:8-12. 67:26-30, 67:53-63, 68:35-37, Figs. 2, 3a-b, 4a-b, 5, 9, 16, 24-29 (Ex. 1).<br><br>*See, e.g.*, '397 File History: Office Action, Feb. 5, 2001, at 2 (Ex. 9); Applicant Amendment, June 5, 2001, at 1, 9-10 (Ex. 6); Office Action, Aug. 12, 2001, at 3 (Ex. 10); Amendment After Final, Jan. 17, 2002, at 5-8 (Ex. 11). |

| '397 and '168 Patents Claim Term(s) / Phrase(s) | Express Mobile Proposed Construction and Supporting Intrinsic Evidence | GoDaddy Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| build engine<br><br>'397 Patent: Claims 9, 14, 19, and 23<br><br>'168 Patent: Claims 1 and 2 | No construction necessary | '397 Patent: Indefinite. Alternatively, same construction as '168 Patent.<br><br>'168 Patent: component that receives data or information regarding the creation, editing and/or display of a web page and updates one or more databases, including a database internal to the build engine, in response to that information or data<br><br>*See, e.g.*, '397 patent at Abstract, 2:1-4, 2:31-42, 5:48-62, 5:64-6:3, 6:10-20, 7:50-9:45, 10:16-53, 14:64-15:14, 40:55-46:29, 66:3-23, 66:45-49, 66:60-65, 67:8-12, 67:26-30, 67:53-63, 68:35-37, Figs. 2, 3a-b, 5, 9, 24-29 (Ex. 1).<br><br>*See, e.g.*, '397 File History: Office Action, Feb. 5, 2001, at 2 (Ex. 9); Applicant Amendment, June 5, 2001, at 1, 9-10 (Ex. 6); Office Action, Aug. 12, 2001, at 3 (Ex. 10); Amendment After Final, Jan. 17, 2002, at 5-8 (Ex. 11); '397 patent at Feb. 13, 2018 Certificate of Correction (Ex. 12). |

| '397 and '168 Patents Claim Term(s) / Phrase(s) | Express Mobile Proposed Construction and Supporting Intrinsic Evidence | GoDaddy Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| virtual machine commands / commands to said virtual machine<br><br>'397 Patent: Claims 1-2 and 37 | No construction necessary | code in the instruction set of the virtual machine that directs actions of the virtual machine<br><br>*See, e.g.*, '397 patent at 1:11-3:6, 3:64-67; 9:1-35; 22:17-58; 35:34-45, 43:8-17, 43:28-32, 44:36-59; 65:44-66:2, 66:3-23, 68:43-69:4, Figs. 2, 4a-b, 5, 6, 9, 25, 27, 33-35 (Ex. 1).<br><br>*See, e.g.*, '397 File History: Applicant Amendment, June 5, 2001, at 1-2, 6, 8, 9-11 (Ex. 6); Office Action, Aug. 12, 2001, at 3-4, 12 (Ex. 10); Amendment After Final, Jan. 17, 2002, at 1-13 (Ex. 11).<br><br>*See also* intrinsic evidence cited for "virtual machine." |

## DISPUTED CONSTRUCTIONS
### U.S. Patent No. 9,063,755; U.S. Patent No. 9,471,287; U.S. Patent No. 9,928,044[2]

| '755, '287 and '044 Patents Claim Term(s) / Phrase(s) | Express Mobile Proposed Construction and Supporting Intrinsic Evidence | GoDaddy Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| application<br><br>'755 Patent: Claims 1, 12, and 22<br><br>'287 Patent: Claims 1, 15, and 25<br><br>'044 Patent: Claims 1, 15, and 25 | device-independent software code containing instructions for a device<br><br>*See e.g.*, '755 Patent at 4:16-19, 5:34-41, 5:56-59, 6:48-53, 7:30-36, 11:44-51, 13:46-49, 17:66-18:3. (Ex. 3). | device-independent code which contains instructions for a device and which is separate and independent from the Player<br><br>*See, e.g.*, '755 patent at Abstract, 2:1-3, 5:8-24, 5:42-6:17, 7:13-20 7:30-40. 7:47-61, 8:27-35, 8:54-9:3, Figs. 2A, 2B (Ex. 3).<br><br>*See, e.g.*, '755 File History: U.S. Prov. Pat. Appl. No. 61/123,438, Apr. 7, 2008, at 4, 20-21, 24 (Ex. 20); U.S. Prov. Pat. Appl. No. 61/166,651, Apr. 3, 2009 at 4, 24-25, 28 (Ex. 21); Amendment "A" Under 37 C.F.R. § 1.111, Mar. 6, 2013, at 2, 4, 8-16 (Ex. 14); Reply "B" Under 37 C.F.R. § 1.116(e), May 30, 2013, at 4 (Ex. 15); Response to Office Action After Final, Sept. 26, 2013, at 2-4, 6-7, 9-10 (Ex. 16); Amendment Under 37 C.F.R. § 1.111, Jan. 17, 2014, at 8-14 (Ex. 17); Appeal Brief, Nov. 26, 2014, at 3-6, 8-19 (Ex. 18).<br><br>*See, e.g.*, '287 File History: Preliminary Amendment "B", July 16, 2015, at 8 (Ex. 19). |

---

[2] Because the specifications of the '755, '287, and '044 patents are substantively identical, the parties omit parallel citations to the '287 and '044 patents. Citations to the '755 patent's specification should be understood to identify corresponding portions of the '287 and '044 patents' specifications.

| '755, '287 and '044 Patents Claim Term(s) / Phrase(s) | Express Mobile Proposed Construction and Supporting Intrinsic Evidence | GoDaddy Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| player<br><br>'755 Patent: Claims 1, 12, and 22<br><br>'287 Patent: Claims 1, 13, 15, 25, and 27<br><br>'044 Patent: Claims 1, 13, 15, 25, and 27 | software code that facilitates the execution of an application on a device<br><br>*See e.g.*, '755 Patent at 1:55-62, 6:9-11, 6:51-53, 13:39-49, 17:66-18:3. (Ex. 3).<br><br>*See e.g.*, '755 File History, January 17, 2014 Amendment at 9-11. (Ex. 8). | device-specific code which contains instructions for a device and which is separate and independent from the Application<br><br>*See, e.g.*, '755 patent at Abstract, 3:58-62, 5:8-24, 5:42-55, 5:56-6:3, 6:9-17, 7:13-20, 7:30-40, 8:7-17, 8:27-35, 9:4-10, 11:41-51, 23:43-46, 33:12-15, 33:26-28, Figs. 2A, 2B (Ex. 3).<br><br>*See, e.g.*, '755 File History: U.S. Prov. Pat. Appl. No. 61/113,471, Nov. 11, 2008, at 11.9 (Ex. 22); U.S. Prov. Pat. Appl. No. 61/123,438, Apr. 7, 2008, at 4, 20-21, 24 (Ex. 20); U.S. Prov. Pat. Appl. No. 61/166,651, Apr. 3, 2009 at 4, 24-25, 28 (Ex. 21); Amendment "A" Under 37 C.F.R. § 1.111, Mar. 6, 2013, at 2, 4, 8-16 (Ex. 14); Reply "B" Under 37 C.F.R. § 1.116(e), May 30, 2013, at 4 (Ex. 15); Response to Office Action After Final, Sept. 26, 2013, at 2-4, 6-7, 9-10 (Ex. 16); Amendment Under 37 C.F.R. § 1.111, Jan. 17, 2014, at 8-14 (Ex. 17); Appeal Brief, Nov. 26, 2014, at 3-6, 8-19 (Ex. 18).<br><br>*See, e.g.*, '287 File History: Preliminary Amendment "B", July 16, 2015, at 8 (Ex. 19). |

| '755, '287 and '044 Patents Claim Term(s) / Phrase(s) | Express Mobile Proposed Construction and Supporting Intrinsic Evidence | GoDaddy Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| web component<br><br>'755 Patent: Claims 1, 3, 6-7, 12, 14, and 17-18<br><br>'287 Patent: Claims 1, 3, 6-7, 15, 17, and 20-21<br><br>'044 Patent: Claims 1, 3, 6-7, 15, 17, and 20-21 | one or more functionalities associated with one or more web page elements to be displayed on a device<br><br>*See e.g.*, '755 Patent at Abstract, 8:22-26, 25:6-15, 22:15-17, 22:40-43, Figs. 3E, 3F. (Ex. 3). | software object, which has a clearly defined interface, conforms to a prescribed behavior common to all components within an architecture, is meant to interact with other components, and encapsulates certain functionality or a set of functionalities<br><br>*See, e.g.*, '755 patent at 7:63-8:17, 8:18-26, 8:36-47, 8:48-53, 8:54-65, 9:27-43, 10:4-11, Fig. 2A (Ex. 3)<br><br>*See, e.g.*, '755 File History: U.S. Prov. Pat. Appl. No. 61/113,471, Nov. 11, 2008, at 11.7, Appendix C (Ex. 22); U.S. Prov. Pat. Appl. No. 61/166,651, Apr. 3, 2009 at 7, 11.8, Appendix C (Ex. 21); Amendment "A" Under 37 C.F.R. § 1.111, Mar. 6, 2013, at 2, 4, 7-16 (Ex. 14); Reply "B" Under 37 C.F.R. § 1.116(e), May 30, 2013, at 4-11 (Ex. 15); Response to Office Action After Final, Sept. 26, 2013, at 2-4, 6-7, 9-17 (Ex. 16); Appeal Brief, Nov. 26, 2014, at 3-6 & 8 (Ex. 18).<br><br>*See, e.g.*, '287 File History: Preliminary Amendment "B", July 16, 2015, at 8 (Ex. 19). |

| '755, '287 and '044 Patents Claim Term(s) / Phrase(s) | Express Mobile Proposed Construction and Supporting Intrinsic Evidence | GoDaddy Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| preferred UI object<br><br>'287 Patent: Claims 1 and 15<br><br>'044 Patent: Claims 1 and 15 | a UI object associated with a data type that is favored<br><br>*See e.g.*, '287 Patent at 14:26-33, 14:64-67, 17:4-15, Table I. (Ex. 4). | a UI object associated with a data type that is favored over the other UI object candidates for that data type<br><br>*See, e.g.*, '755 patent at 13:50-14:4, 14:15-21, 14:51-15:62, 22:40-43, Table 1 (Ex. 3).<br><br>*See, e.g.*, '755 File History: U.S. Prov. Pat. Appl. No. 61/113,471, Nov. 11, 2008, at 11.8, 11.13-16, 11.20-22 (Ex. 22). |
| registry<br><br>'755 Patent: Claims 1 and 12<br><br>'287 Patent: Claims 1 and 15 | No construction necessary | a database, XML file, or Portable Description Language file that exists on a computer<br><br>*See, e.g.*, '755 patent at 6:4-6, 7:63-8:3, 8:18-26, 8:36-47, 9:16-26, Fig. 2A (Ex. 3)<br><br>*See, e.g.*, '755 File History: U.S. Prov. Pat. Appl. No. 61/113,471,1 Nov. 11, 2008, at 11.7, Appendix C (Ex. 22); U.S. Prov. Pat. Appl. No. 61/166,651, Apr. 3, 2009 at 7, 11.8 (Ex. 21); Office Action Response, March 6, 2013, at 11-12 (Ex. 13); Amendment "A" Under 37 C.F.R. § 1.111, Mar. 6, 2013 at 2, 4, 7-12 (Ex. 14); Reply "B" Under 37 C.F.R. § 1.116(e), May 30, 2013, at 4-11 (Ex. 15); Response to Office Action After Final, Sept. 26, 2013, at 2-4, 6-7, 9-17 (Ex. 16); Appeal Brief, Nov. 26, 2014, at 3-6 (Ex. 18).<br><br>*See, e.g.*, '287 File History: Preliminary Amendment "B", July 16, 2015, at 8 (Ex. 19). |

| '755, '287 and '044 Patents Claim Term(s) / Phrase(s) | Express Mobile Proposed Construction and Supporting Intrinsic Evidence | GoDaddy Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| related settings<br><br>'044 Patent: Claims 1 and 15 | No construction necessary | settings for a particular UI object<br><br>*See, e.g.*, '044 Patent, Claims 1 and 15<br><br>*See, e.g.*, '044 File History: Notice of Allowance, at 2 (Ex. 23). |
| symbolic name(s)<br><br>'755 Patent: Claims 1 and 12<br><br>'287 Patent: Claims 1 and 15<br><br>'044 Patent: Claims 1 and 15 | No construction necessary | parameters specifying inputs and/or outputs associated with web services<br><br>*See, e.g.*, '755 patent at 9:11-16, 9:17-26 (Ex. 3)<br><br>*See, e.g.*, '755 File History: U.S. Prov. Pat. Appl. No. 61/113,471, Nov. 11, 2008, at 11.3, 11.13, Appendix C (Ex. 22); U.S. Prov. Pat. Appl. No. 61/166,651, Apr. 3, 2009 at 11.8, Appendix C (Ex. 21); Amendment "A" Under 37 C.F.R. § 1.111, Mar. 6, 2013, at 2, 4, 5, 7-16 (Ex. 14); Reply "B" Under 37 C.F.R. § 1.116(e), May 30, 2013, at 4-11 Ex. 15); Response to Office Action After Final, Sept. 26, 2013, at 2-4, 6-7, 9-17 (Ex. 16); Appeal Brief, Nov. 26, 2014, at 3-6 (Ex. 18).<br><br>*See, e.g.*, '287 File History: Preliminary Amendment "B", July 16, 2015, at 8 (Ex. 19). |
| for evoking one or more web components<br><br>'755 Patent: Claims 1 and 12<br><br>'287 Patent: Claims 1and 15<br><br>'044 Patent: Claims 1 and 15 | for calling up one or more web components | to call up or activate one or more web components<br><br>*See* intrinsic evidence for "web component." |

| '755, '287 and '044 Patents Claim Term(s) / Phrase(s) | Express Mobile Proposed Construction and Supporting Intrinsic Evidence | GoDaddy Proposed Construction and Supporting Intrinsic Evidence |
|---|---|---|
| web service<br><br>'755 Patent: Claims 1, 5, 7, 12, 16, and 18<br><br>'287 Patent: Claims 1, 5, 7, 15, 19, and 21<br><br>'044 Patent: Claims 1, 5, 7, 15, 19, and 21 | No construction necessary<br><br>*Alternative*: A software system that supports interaction between devices over a network<br><br>*See* '755 patent at 28:14-18 (Ex. 3). | A software system designed to support interoperable machine-to-machine interaction over a network. It has an interface described in a machine-processable format called "WSDL" (web service description language). Other systems interact with the web service in a manner prescribed by its description using Simple Object Access Protocol ("SOAP") messages, typically conveyed using HTTP with an XML serialization in conjunction with other web-related standards.<br><br>*See, e.g.*, '755 patent at 8:18-22, 8:36-47, 8:48-53, 9:27-43, 10:4-11, Fig. 2A (Ex. 3)<br><br>*See, e.g.*, '755 File History: U.S. Prov. Pat. Appl. No. 61/113,471, Nov. 11, 2008, at Appendix C (Ex. 22); U.S. Prov. Pat. Appl. No. 61/166,651, Apr. 3, 2009, at Appendix C (Ex. 21); Reply "B" Under 37 C.F.R. § 1.116(e), May 30, 2013, at 4-11 (Ex. 15); Response to Office Action After Final, Sept. 26, 2013, at 2-4, 6-7, 9-17 (Ex. 16); Appeal Brief, Nov. 26, 2014, at 3-6 (Ex. 18).<br><br>*See, e.g.*, '287 File History: Preliminary Amendment "B", July 16, 2015, at 8 (Ex. 19). |