**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| EXPRESS MOBILE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.1:19-cv-01937-RGA |
| | ) |
| GODADDY.COM, LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**JOINT CLAIM CONSTRUCTION APPENDIX**

***VOLUME I of V, Exhibits 1, 1A to 1L (Excluding 1H filed under seal)***

Pursuant to the Court's Scheduling Order, Plaintiff Express Mobile, Inc. ("Express Mobile") and Defendant GoDaddy.com, LLC jointly submit the attached joint claim construction appendix.

| **EXPRESS MOBILE EXHIBITS** | | |
|---|---|---|
| **Exhibit No.** | **Vol.** | **Description** |
| 1 | I | Declaration of Timothy Devlin in Support of Express Mobile's Opening Claim Construction Brief, dated January 8, 2021 |
| 1A | I | D.I. 35 in *Express Mobile, Inc. v. eGrove Systems Corp.*, 1:17-cv-00703-RGA (D. Del.), dated August 22, 2018 |
| 1B | I | D.I. 97 in *Express Mobile, Inc. v. Svanaco, Inc., et al.*, 2:17-cv-00130-JRG-RSP (E.D. TX), dated February 7, 2018 |
| 1C | I | D.I. 79 in *X.Commerce, Inc., v. Express Mobile, Inc.*, 3:17-cv-02605-RS (N.D. Cal.), dated September 10, 2018 |
| 1D | I | D.I. 23 in *Express Mobile, Inc. v. eGrove Systems Corp.*, 1:17-cv-00703-RGA (D. Del.), dated April 6, 2018 |
| 1E | I | D.I. 137 in *Shopify Inc., et al., v. Express Mobile, Inc.*, 1:19-cv-00439-RGA (D. Del.), dated June 23, 2020. |
| 1F | I | D.I. 142 in *Shopify Inc., et al., v. Express Mobile, Inc.*, 1:19-cv-00439-RGA (D. Del.), dated June 30, 2020. |
| 1G | I | D.I. 128 in *Shopify Inc., et al., v. Express Mobile, Inc.*, 1:19-cv-00439-RGA (D. Del.), dated June 5, 2020. |
| 1H | I *filed under seal* | Excerpt from Reply Expert Report of Kevin C. Almeroth, dated November 3, 2020 submitted in *Shopify Inc. and Shopify (USA), Inc., v. Express Mobile, Inc.*, 1:19-cv-00439-RGA (D. Del.). |
| 1I | I | Certificate of Correction for U.S. Patent No. 6,546,397, XMO_GD00000106. |
| 1J | I | D.I. 180 in *Orthophoenix LLC, v. Stryker Corp., et. al.*, C.A. No. 1:13-cv-01628-LPS (D. Del.), dated February 2, 2016. |
| 1K | I | D.I. 82-10 in *Express Mobile, Inc. v. Svanaco, Inc.*, 2:17-cv-00130-JRG-RSP (E.D. Tex.), dated December 11, 2017 |
| 1L | I | D.I. 117 in *Shopify Inc., et al., v. Express Mobile, Inc.*, 1:19-cv-00439-RGA (D. Del.), dated May 8, 2020. |
| 2 | II | Glenn E. Weadock Declaration in Support of Express Mobile's Opening Claim Construction Brief, dated January 8, 2021 |
| 2A | II | Glenn E. Weadock Curriculum Vitae |
| 2B | II | Excerpt from the '397 File History, Amendment, June 5, 2011, XMO_GD00000851. |

| **EXPRESS MOBILE EXHIBITS** |||
|---|---|---|
| **Exhibit No.** | **Vol.** | **Description** |
| 2C | II | https://javascript.info/intro, last accessed on October 30, 2020, XMO_GD00156937. |
| 2D | II | Excerpt from John P. Slone, *Local Area Network Handbook* (6th Ed. 1999), XMO_GD00156685. |
| 2E | II | https://www.stackchief.com/blog/The V8 JavaScript Engine, last accessed on October 30, 2020, XMO_GD00156955. |
| 2F | II | Excerpt from *The Dictionary of Computing & Digital Media: Terms & Acronyms* (Brad Hansen, 1999), XMO_GD00156647. |
| 2G | II | Excerpt from *The Dictionary of Multimedia: Terms and Acronyms* (Brad Hansen, 1999), XMO_GD00156680. |
| 2H | II | Excerpt from *Encyclopedia of Computers and Computer History*, Vol. 2 (Rojas, 2001), XMO_GD00156951. |
| 2I | II | Excerpt of Blackie's Dictionary of Computers (2008), XMO_GD00156942. |
| 2J | II | Definition of "abstract machine" from Wolfram Mathworld, XMO_GD00156889. |
| 2K | II | Definition of "abstract machine" from Wikipedia, XMO_GD00156890. |
| 2L | II | Reply Expert Report of Bhuvan Urgaonkar, Ph.D., dated November 3, 2020 submitted in *Shopify Inc. and Shopify (USA), Inc., v. Express Mobile, Inc.*, 1:19-cv-00439-RGA (D. Del.), XMO_GD00157874. |
| 2M | II | Excerpt from *Virtual Machines*, (Smith and Nair, 2005), XMO_GD00156966. |
| 2N | II | Excerpt from Microsoft Press Computer Dictionary, Fourth Edition (1999), XMO_GD00156608. |
| 2O | II | Excerpt from Microsoft Press Computer Dictionary, Third Edition (1997), XMO_GD00156621. |
| 2P | II | Excerpt from Webster's New World Computer Dictionary, Tenth Edition (2003), XMO_GD00156947. |
| 2Q | II | Excerpt from *Administering Active Directory* (Mark Wilkins, McGraw-Hill 2001), XMO_GD00156767. |
| 2R | II | Excerpt from Managing the Windows 2000 Registry (Paul Robichaux, 2000), XMO_GD00156696. |
| 2S | II | D. Theotokis et al., *Distributed Information Systems Tailorability: A Component Approach, in Future Trends of Distributed Computing Systems* (IEEE 1999), XMO_GD00156754. |

| **EXPRESS MOBILE EXHIBITS** |||
|---|---|---|
| **Exhibit No.** | **Vol.** | **Description** |
| **2T** | II | Excerpt from Glenn E. Weadock & Mark Wilkins, *Windows 95 Registry For Dummies* (1998), XMO_GD00156602. |
| **2U** | II | Excerpt from Merriam Webster's Collegiate Dictionary, Tenth Edition (1996), XMO_GD00156631. |
| **2V** | II | W3C, Web Services Glossary, W3C Working Group Note (February 11, 2004) (https://www.w3.org/TR/2004/NOTEws-gloss-20040211/), XMO_GD00156651. |
| **2W** | II | Excerpt from the '755 File History, Reply "B" Under 37 C.F.R. § 1.116(e), May 30, 2013, XMO_GD00002848. |
| **2X** | II | Excerpt from *Web Server Technology* (Yeager and McGrath, Morgan Kaufmann, 1996), XMO_GD00156669. |
| **2Y** | II *filed under seal* | Deposition transcript of S. Rempell, taken on March 29, 2018 in *Express Mobile, Inc. v. Svanaco, Inc., et al.*, 2:17-cv-00130 (E.D. Tex.), XMO_GD00152240. |
| **2Z** | II *filed under seal* | Deposition transcript of S. Rempell, taken on May 1, 2018 in *Express Mobile, Inc. v. Svanaco, Inc., et al.*, 2:17-cv-00130 (E.D. Tex.), XMO_GD00152338. |
| **3** | III | Declaration of Timothy Devlin in Support of Express Mobile's Reply Claim Construction Brief, dated February 26, 2021 |
| **3A** | III | Transcript of the deposition of Christopher Schmandt taken on December 13, 2017 in *Express Mobile, Inc. v. Svanaco, Inc.*, No. 2:17-cv-00130-JRG-RSP (E.D. Tex.). |
| **3B** | III | Deposition transcript of Christopher Schmandt, taken on April 17, 2020 in *Shopify Inc. and Shopify (USA), Inc. v. Express Mobile, Inc.,* No. 1:19-cv-00439-RGA (D. Del.). |
| **3C** | III | Deposition transcript of Glenn E. Weadock, taken on March 25, 2020 in *Shopify Inc. and Shopify (USA), Inc. v. Express Mobile, Inc.,* No. 1:19-cv-00439-RGA (D. Del.). |
| **3D** | III | Declaration of Chris Schmandt, dated April 2, 2020 in *Shopify Inc. and Shopify (USA), Inc. v. Express Mobile, Inc.,* No. 1:19-cv-00439-RGA (D. Del.). |
| **3E** | III | Express Mobile Inc.'s Opposition to Shopify's Motion for Summary Judgment and to Exclude Expert Opinions Relating to Damages, dated December 15, 2020, D.I. 273, *Shopify Inc. and Shopify (USA), Inc., v. Express Mobile, Inc.,* 1:19-cv-00439-RGA (D. Del.). |
| **3F** | III | Second Supplemental Declaration of Chris Schmandt in Support of Defendants' Claim Constructions, dated January 22, 2021 submitted in |

| **EXPRESS MOBILE EXHIBITS** |||
|---|---|---|
| **Exhibit No.** | **Vol.** | **Description** |
| | | *Express Mobile, Inc. v. Wix.com, Ltd., et al.*, 3:19-cv-06559-RS (N.D. Cal.). |
| **3G** | **III** | Transcript of the deposition of Christopher Schmandt taken on February 24, 2021. |
| **4** | **IV** | Supplemental Declaration of Glenn E. Weadock Regarding Claim Construction, dated February 26, 2021 |
| **4A** | **IV** | Williams College CS334 Programming Languages Spring 2000, Lecture 6, accessed at https://cs.pomona.edu/~kim/cs334/s00/Lectures/Lec6/Lec6.html on April 13, 2020. |
| **4B** | **IV** | Keller, Programming Languages, Lecture 2: Translators & Virtual Machines, Dept. of Com. Sci, Virginia Tech, accessed at http://courses.cs.vt.edu/~cs3304/Spring02/lectures/lect02.pdf on April 13 2020. |
| **4C** | **IV** | Computer Science 441 Programming Languages Fall 1998 Lecture 5, accessed at https://www.cs.princeton.edu/courses/archive/fall98/cs441/Lectures/Lec5/Lec5.html, on April 13, 2020. |
| **4D** | **IV** | Excerpt from David Flanagan, *JavaScript: The Definitive Guide*, Fourth Ed. (2001) |
| **4E** | **IV** | *Manipulating Strings with JavaScript Article*, TechRepublic (2004), accessed at https://www.techrepublic.com/article/manipulating-strings-with-javascript/ on April 11, 2020. |
| **4F** | **IV** | Excerpt from Robert W. Sebesta, *Tenth Edition of Concepts of Programming Languages* (2012) |
| **4G** | **IV** | Excerpt from M. Gabbrielli, S. Martini, *Programming Languages: Principles and Paradigms, Undergraduate Topics in Computer Science*, DOI 10.1007/978-1-84882-914-5_1, (Springer-Verlag London Limited 2010) |
| **4H** | **IV** | Excerpt from McGilton and Morgan, *Introducing the UNIX System* (1983). |
| **4I** | **IV** | Excerpt from Danesh, *Teach Yourself JavaScript in a Week* (1996) |
| **4J** | **IV** | Excerpt from Husain and Levitt, *JavaScript Developer's Resource* (1997) |
| **4K** | **IV** | Excerpt from McFarlane, et. al., *Professional JavaScript* (1999) |
| **4L** | **IV** | Excerpt from Jaworski, *Mastering JavaScript* (2001) |

| EXPRESS MOBILE EXHIBITS | | |
|---|---|---|
| **Exhibit No.** | **Vol.** | **Description** |
| **4M** | IV | U.S. Patent No. 6,201,611 (Carter) |
| **4N** | IV | Robb, *Managing OS Diversity*, ComputerWorld, Nov. 19, 2001 |
| **4O** | IV | Excerpt from *Microsoft Computer Dictionary* (Fourth Ed. 1999) |
| **4P** | IV | Excerpt from Martin and Weadock, *Bulletproofing Client/Server Systems* (1997) |
| **4Q** | IV | Excerpt from Brad Hansen, *The Dictionary of Multimedia: Terms and Acronyms* (1999). |
| **4R** | IV | Excerpt from *The New Penguin Dictionary of Computing* (2001) |
| **4S** | IV | DZone, *What is Node.js for Java Developers?*, last accessed at https://dzone.com/articles/what-is-nodejs-for-javadevelopers on April 13, 2020. |
| **4T** | IV | *U.S. v. Microsoft Corp.*, 253 F.3d 34 (D.C. Cir. 2001). |
| **4U** | IV | "An examination of software engineering work practices," Singer, et al., *Proceedings of the 1997 conference of the Centre for Advanced Studies on Collaborative research* (1997). |

| GODADDY EXHIBITS | | |
|---|---|---|
| **Exhibit No.** | **Vol.** | **Description** |
| **5** | V | Supplemental Declaration of Jonathon A. Talcott in Support of GoDaddy.com, LLC's Claim Construction Sur-Reply Brief |
| **5A** | V | Dictionary of Information Technology (3d Ed. 2002), *Shopify Inc. and Shopify (USA), Inc. v. Express Mobile, Inc.*, 1:19-cv-00439, RGA (D. Del.) (Dkt. 123-1, Exhibit 19). |
| **5B** | V | U.S. Patent No. 5,842,020 ("Faustini"). |
| **5C** | V | Excerpts from Donald Turnbull's May 16, 2018 deposition transcript in *Express Mobile, Inc. v. Svanaco, Inc.,* No. 2:17-cv-00130 (E.D. Tex.) (Dkt. 123-2 Exhibit 23). |

| | | **GODADDY EXHIBITS** |
|---|---|---|
| **Exhibit No.** | **Vol.** | **Description** |
| **5D** | V | Excerpts from Robert W. Sebesta, *Concepts of Programming Languages* (10th Ed. 2009), *Shopify Inc. and Shopify (USA), Inc. v. Express Mobile, Inc.*, 1:19-cv-00439, RGA (D. Del.) (Dkt. 123-2, Exhibit 22). |
| **5E** | V | Excerpts from Iain D. Craig, *Virtual Machines* (2006). |
| **5F** | V | Brent W. Benson, *JavaScript*, in ACM SIGPLAN Notices, April 1999, *Shopify Inc. and Shopify (USA), Inc. v. Express Mobile, Inc.*, 1:19-cv-00439, RGA (D. Del.) (Dkt. 123-2, Exhibit 29), available at https://dl.acm.org/doi/10.1145/312009.312023). |
| **5G** | V | About MathWorld, content from https://mathworld.wolfram.com/about/, *Shopify Inc. and Shopify (USA), Inc. v. Express Mobile, Inc.*, 1:19-cv-00439, RGA (D. Del.) (Dkt. 123-2, Exhibit 30). |
| **5H** | V | An article titled "Using a Mac at Goiueta," available at https://community.bus.emory.edu/ITHelp/Documents/Mac%20Requirements.pdf |
| **6** | V | Supplemental Declaration of Chris Schmandt in Support of GoDaddy.Com, LLC's Claim Construction Sur-Reply Brief |
| **7** | V | Corrected Declaration of Jonathon A. Talcott In Support of Godaddy.Com, LLC's Claim Construction Response Brief |
| **7A** | V | Microsoft Press Computer Dictionary (3rd Ed. 1997), excerpt for definition of "database" |
| **7B** | V | March 25, 2020 Deposition Transcript of Glenn E. Weadock in *Shopify Inc. and Shopify (USA), Inc. v. Express Mobile, Inc.*, No. 1:19-cv-00439-RGA (D. Del.). |
| **7C** | V | RESERVED |
| **7D** | V | McGraw-Hill Dictionary of Scientific and Technical Terms (6th Ed.), and Merriam-Webster's Online Dictionary, https://www.merriam-webster.com/dictionary/machine (accessed 2/5/2021). |
| **7E** | V | The New Penguin Dictionary of Computer (2001), at 532 (XMO_GD00030649-30654). |
| **7F** | V | Excerpts from the March 25, 2020 Deposition Transcript of Glenn E. Weadock in *Shopify Inc. and Shopify (USA), Inc. v. Express Mobile, Inc.*, No. 1:19-cv-00439-RGA (D. Del.) and *Express Mobile, Inc. v. iCrossing, Inc.,* No. 1:18-cv-01176-RGA (D. Del.) (Dkt-120-1). |
| **7G** | V | Excerpts from the December 6, 2017 Deposition Transcript of Andre Kruetzefeldt, in *Express Mobile v. Svanaco, Inc.*, 2:17-cv-00130 (E.D. Tex); *Shopify v. Express Mobile,* 1:19-cv-00439-RGA (Dkt. 120-1). |

| Exhibit No. | Vol. | **GODADDY EXHIBITS** Description |
|---|---|---|
| **7H** | V | Excerpts from Microsoft Computer Dictionary (4th Ed.), *Shopify Inc. and Shopify (USA), Inc. v. Express Mobile, Inc.*, No. 1:19-cv-00439-RGA (D. Del.) and *Express Mobile, Inc. v. iCrossing, Inc.*, No. 1:18-cv-01176-RGA (D. Del.) (Dkt 120-2). |
| **7I** | V | Microsoft Computer Dictionary, 4th Ed. at 332 (XMO_GD00156617). |
| **7J** | V | Shopify's (redacted) Opening Brief in Support of its Motion for Summary Judgment and to Exclude Opinions of Express Mobile's Experts Relating to Damages, *Shopify Inc. and Shopify (USA), Inc. v Express Mobile, Inc.*, No. 19-439-RGA, (D. Del.) (Dkt. 219). |
| **7K** | V | Excerpts from B. Hansen, Dictionary of Computer & Digital Media: Terms & Acronyms (1999); excerpts from B. Hansen, Dictionary of Multimedia: Terms and Acronyms (1999), and excerpts from Microsoft Computer Dictionary (3d Ed.) (1997). |
| **8** | V | [Corrected] Declaration of Christopher Schmandt in support of GoDaddy's Claim Construction Response Brief, with: |

| | |
|---|---|
| Dated: March 19, 2021 | Respectfully submitted, |
| /s/ *Beth Moskow-Schnoll* | /s/ *Timothy Devlin* |
| Beth Moskow-Schnoll (No. 2900) | Timothy Devlin (#4241) |
| Brittany Giusini (No. 6034) | tdevlin@devlinlawfirm.com |
| Brian S.S. Auerbach (No. 6532) | DEVLIN LAW FIRM LLC |
| BALLARD SPAHR LLP | 1526 Gilpin Avenue |
| 919 N. Market Street, 11th Floor | Wilmington, Delaware 19806 |
| Wilmington, DE 19801-3034 | Telephone: (302) 449-9010 |
| (302) 252-4465 | Facsimile: (302) 353-4251 |
| moskowb@ballardspahr.com | |
| giusinib@ballardspahr.com | OF COUNSEL: |
| auerbachb@ballardspahr.com | |
| | James R. Nuttall (*pro hac vice*) |
| OF COUNSEL: | Michael Dockterman (*pro hac vice*) |
| | Robert F. Kappers (*pro hac vice*) |
| BALLARD SPAHR LLP | Tron Fu (*pro hac vice*) |
| Brian W. LaCorte (pro hac vice) | Katherine H. Johnson (*pro hac vice*) |
| Jonathon A. Talcott (pro hac vice) | jnuttall@steptoe.com |
| 1 East Washington Street, Suite 2300 | mdocketerman@steptoe.com |
| Phoenix, AZ 85004-2555 | rkappers@steptoe.com |
| (602) 798-5400 | tfu@steptoe.com |
| lacorteb@ballardspahr.com | kjohnson@steptoe.com |
| talcottj@ballardspahr.com | STEPTOE & JOHNSON LLP |
| | 227 West Monroe, Suite 4700 |
| *Counsel for Defendant/Counterclaimant* | Chicago, IL 60606 |
| *GoDaddy.com, LLC* | Telephone: (312) 577-1300 |
| | Facsimile: (312) 577-1370 |
| | |
| | Christopher A. Suarez (*pro hac vice*) |
| | csuarez@steptoe.com |
| | STEPTOE & JOHNSON LLP |
| | 1330 Connecticut Avenue, NW |
| | Washington, DC 20036 |
| | Telephone: (202) 429-8131 |
| | Facsimile: (202) 429-3902 |
| | |
| | *Attorneys for Plaintiff Express Mobile, Inc.* |