## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXPRESS MOBILE, INC., | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No.1:19-cv-01937-MFK |
| GODADDY.COM, LLC, | ) ) ) |
| Defendant. | ) ) |

### STIPULATION AND [PROPOSED] ORDER
### REGARDING POST-TRIAL SCHEDULE

WHEREAS, the Court entered Judgment After Verdict (the "Judgment") on March 6, 2023 (D.I. 331);

WHEREAS, the parties have agreed to the post-trial briefing schedule, extension to submit trial transcript errata, and any motion relating to costs or fees and submit this stipulation reflecting their agreement for the Court's approval;

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, subject to the approval of the Court, as follows:

That the deadline for the parties to submit trial transcript errata is hereby extended to March 24, 2023 (from March 17, 2023).

The parties shall file any post-trial motions in accordance with the Federal Rules of Civil Procedure, i.e., within twenty-eight (28) days from the date the Judgment is entered, the parties shall file briefs in support of any such post trial motion within thirty-five (35) days from the date the Judgment is entered, the parties shall file opposition briefs within forty-nine (49) days from the date the Judgment is entered, and the parties shall file reply briefs, fifty-six (56) days from

the date the proposed Judgment is entered.

The time to file any bill of costs will be filed under the timing set forth under LR 54.1 and any motion for attorneys' fees is hereby extended as follows: (1) in the event there is no appeal, any motion for fees will be due sixty (60) days after the later of the date the Court enters final judgment or the date the Court decides all motions under Fed. R. Civ. P. 50 and Fed. R. Civ. P. 59; or (2) if there is an appeal, any motion for fees will be due fourteen (14) days after the date of the mandate from the Court of Appeals, if applicable.

DATED: March 9, 2023

| BALLARD SPAHR LLP | DEVLIN LAW FIRM LLC |
|---|---|
| By: */s/ Beth Moskow-Schnoll* <br> Beth Moskow-Schnoll (No. 2900) <br> Brittany Giusini (No. 6034) <br> Brian S.S. Auerbach (No. 6532) <br> **BALLARD SPAHR LLP** <br> 919 N. Market Street, 11th Floor <br> Wilmington, DE 19801-3034 <br> (302) 252-4465 <br> moskowb@ballardspahr.com <br> giusinib@ballardspahr.com <br> auerbachb@ballardspahr.com <br><br> OF COUNSEL: <br><br> Brian W. LaCorte (*pro hac vice*) <br> Jonathon A. Talcott (*pro hac vice*) <br> Andrew H. Hensley (*pro hac vice*) <br> **BALLARD SPAHR LLP** <br> 1 East Washington Street, Suite 2300 <br> Phoenix, AZ 85004-2555 <br> (602) 798-5400 <br> lacorteb@ballardspahr.com <br> talcottj@ballardspahr.com <br> hensleya@ballardspahr.com <br><br> Lawrence Nodine | By: */s/ Timothy Devlin* <br> Timothy Devlin (No. 4241) <br> **DEVLIN LAW FIRM LLC** <br> 1526 Gilpin Avenue <br> Wilmington, Delaware 19806 <br> Tel: (302) 449-9010 <br> tdevlin@devlinlawfirm.com <br><br> *OF COUNSEL:* <br> James R. Nuttall (*pro hac vice*) <br> John L. Abramic (*pro hac vice*) <br> Michael Dockterman (*pro hac vice*) <br> Katherine H. Tellez (*pro hac vice*) <br> Robert F. Kappers (*pro hac vice*) <br> Tron Fu (*pro hac vice*) <br> Daniel F. Gelwicks (*pro hac vice*) <br> **STEPTOE & JOHNSON LLP** <br> 227 West Monroe, Suite 4700 <br> Chicago, IL 60606 <br> (312) 577-1300 <br> jnuttall@steptoe.com <br> jabramic@steptoe.com <br> mdockterman@steptoe.com <br> ktellez@steptoe.com <br> rkappers@steptoe.com <br> tfu@steptoe.com |

| | |
|---|---|
| Kyle Ceuninck<br>**BALLARD SPAHR LLP**<br>999 Peachtree Street, NE, Suite 1600<br>Atlanta, GA 30309-3915<br>(678) 420-9362<br>nodinel@ballardspahr.com<br>ceuninckk@ballardspahr.com<br><br>Caryn Borg-Breen (*pro hac vice*)<br>**BALLARD SPAHR LLP**<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>(215) 864-8841<br>borgbreenc@ballardspahr.com<br><br>*Counsel for Defendant/Counterclaimant*<br>*GoDaddy.com, LLC* | dgelwicks@steptoe.com<br><br>Christopher Suarez (*pro hac vice*)<br>**STEPTOE & JOHNSON LLP**<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>(202) 429-3000<br>csuarez@steptoe.com<br><br>*Attorneys for Plaintiff Express Mobile, Inc.* |

IT IS SO ORDERED this _____ day of _____, 2023.

                                                                                                                               UNITED STATES DISTRICT JUDGE