IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXPRESS MOBILE, INC., *Plaintiff,* v. GODADDY.COM, LLC, *Defendant.* | C.A. No. 1:19-cv-01937-MFK |

**STIPULATION AND ORDER
REGARDING CASE SCHEDULE**

WHEREAS, on May 9, 2025, the United States Court of Appeals for the Federal Circuit issued its mandate from Appeal No. 2023-2265 (D.I. 356);

WHEREAS, on June 12, 2025, the Court held a telephonic hearing on Defendant's motion for leave (D.I. 365), which the Court granted in part and denied in part (D.I. 376). Specifically, the Court granted Defendant's request to serve amended invalidity disclosures to raise the prior art grounds at issue in *Facebook, Inc. v. Express Mobile, Inc.*, IPR2021-01224 (P.T.A.B.) and *Facebook, Inc. v. Express Mobile, Inc.*, IPR2021-01226 (P.T.A.B.) (collectively, "Meta IPRs"), plus any follow up discovery that is reasonably required based on the amended invalidity disclosures and denied Defendant's request to file additional summary judgment motions (D.I. 376);

WHEREAS, the Court directed the parties to confer and agree upon a schedule for further proceedings consistent with the order (D.I. 376); and

WHEREAS, the parties have conferred and have agreed (or where in disagreement, propose in yellow highlight) the following pretrial schedule, and submit this schedule reflecting their agreement or proposals for the Court's approval;

1

| Description | Deadline |
|---|---|
| Defendant's Supplemental Invalidity Contentions to raise the prior art grounds at issue in the Meta IPRs. | July 2, 2025 |
| Defendant's amended election of prior art references.<br><br>Defendant may amend previously served election of prior art references to add the prior art and invalidity grounds at issue in the Meta IPRs. Defendant is not required to remove previously listed prior art references. As represented by Defendant in the stipulation, the amended invalidity contentions will include no more than sixteen total pieces of prior art. | July 2, 2025 |
| Defendant's Supplemental Opening Expert Report on Invalidity to address the prior art grounds at issue in the Meta IPRs. | July 15, 2025 |
| Plaintiff's Supplemental Opening Expert Report on Infringement to use the Federal Circuit's new construction in connection with the accused run time file/engine 3 category. | July 15, 2025 |
| Plaintiff's Supplemental Responsive Expert Report on Invalidity | August 15, 2025 |
| Defendant's Supplemental Responsive Expert Report on Infringement to address the accused run time file/engine 3 category under the Federal Circuit's new construction. | August 15, 2025 |
| Serve updated financials | August 20, 2025, by 5 PM Eastern |
| Exchange Witness Lists and Exhibit Lists (in Excel) and exhibits themselves (including native exhibits) | August 27, 2025, by 5 PM Eastern |
| Defendant's Supplemental Reply Expert Report on Invalidity | August 29, 2025 |
| Plaintiff's Supplemental Reply Expert Report on Infringement | August 29, 2025 |
| Plaintiff's Supplemental Expert Report on Damages | September 3, 2025 |
| Depositions of Infringement and Invalidity Experts regarding Supplemental Reports (limited to 3 hrs. each) | Week of September 8, 2025 |

| Description | Deadline |
|---|---|
| Plaintiff to serve initial draft of pretrial order (L.R. 16.3(d)(1)) | September 10, 2025, by 5 PM Eastern |
| Plaintiff to serve initial draft of Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, and Special Verdict Forms (L.R. 16.3(d)(3)) | September 10, 2025, by 5 PM Eastern |
| Supplemental Expert Discovery Cutoff | September 12, 2025 |
| Exchange Objections to Witness Lists and Exhibit Lists | September 17, 2025, by 5 PM Eastern |
| Defendant's Supplemental Responsive Expert Report on Damages | September 17, 2025 |
| Motions *in Limine*, limited to 25 pages per side | September 19, 2025 |
| Defendant to provide responsive/redline draft of pretrial order (L.R. 16.3(d)(2)) | September 26, 2025, by 5 PM Eastern |
| Defendant to provide redline edits of draft Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, and Special Verdict Forms | September 26, 2025, by 5 PM Eastern |
| Parties to serve affirmative deposition designations | September 29, 2025, by 5 PM Eastern |
| Plaintiff's Supplemental Reply Expert Report on Damages | October 1, 2025 |
| Meet and confer on Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, and Special Verdict Forms (L.R. 16.3(d)(3)) | October 2, 2025 |
| Opposition to Motions *in Limine*, limited to 25 pages per side | October 3, 2025 |
| File Joint Proposed Pretrial Order | October 3, 2025, by 5 PM Eastern |
| Serve objections to affirmative deposition designations and counter designations | October 6, 2025, by 5 PM Eastern |
| Depositions of Damages Experts regarding Supplemental Reports (limited to 3 hrs. each) | Week of October 6, 2025 |
| File Proposed Voir Dire, Preliminary Jury Instructions, Final Jury Instructions, and Special Verdict Forms (submit Word copies | October 9, 2025, by 5 PM Eastern |

3

| Description | Deadline |
|---|---|
| simultaneously to Proposed_Order_Kennelly@ilnd.uscourts.gov) | |
| Final Pretrial Conference | October 10, 2025 at 10:00 AM Central time (in Chicago or by video conference, to be determined) |
| Serve objections to counter designations and counter-counter designations | October 14, 2025, by 5 PM Eastern |
| Serve objections to counter-counter designations | October 20, 2025, by 5 PM Eastern |
| Trial Begins (D.I. 364) | November 3, 2025 |

DATED: July 7, 2025

| | |
|---|---|
| BALLARD SPAHR LLP | DEVLIN LAW FIRM LLC |
| By: /s/Alan C. Cardenas-Moreno | By: /s/Timothy Devlin |
| Beth Moskow-Schnoll (No. 2900) | Timothy Devlin (No. 4241) |
| Alan C Cardenas-Moreno | **DEVLIN LAW FIRM LLC** |
| **BALLARD SPAHR LLP** | 1526 Gilpin Avenue |
| 919 N. Market Street, 11th Floor | Wilmington, Delaware 19806 |
| Wilmington, DE 19801-3034 | Tel: (302) 449-9010 |
| (302) 252-4465 | tdevlin@devlinlawfirm.com |
| moskowb@ballardspahr.com | |
| cardenasmorenoa@ballardspahr.com | *OF COUNSEL:* |
| | James R. Nuttall (*pro hac vice*) |
| OF COUNSEL: | John L. Abramic (*pro hac vice*) |
| Brian W. LaCorte (*pro hac vice*) | Michael Dockterman (*pro hac vice*) |
| Andrew H. Hensley (*pro hac vice*) | Robert F. Kappers (*pro hac vice*) |
| Andrea Stone (*pro hac vice*) | Daniel F. Gelwicks (*pro hac vice*) |
| Mitchell Turbenson | **STEPTOE LLP** |
| **BALLARD SPAHR LLP** | 227 West Monroe, Suite 4700 |
| 1 East Washington Street, Suite 2300 | Chicago, IL 60606 |
| Phoenix, AZ 85004-2555 | (312) 577-1300 |
| (602) 798-5400 | jnuttall@steptoe.com |
| lacorteb@ballardspahr.com | jabramic@steptoe.com |
| hensleya@ballardspahr.com | mdockterman@steptoe.com |
| stonea@ballardspahr.com | rkappers@steptoe.com |
| turbensonm@ballardspahr.com | dgelwicks@steptoe.com |

| | |
|---|---|
| Samhitha M. Medatia (*pro hac vice*)<br>**BALLARD SPAHR LLP**<br>999 Peachtree Street, NE, Suite 1600<br>Atlanta, GA 30309-3915<br>(678) 420-9362<br>medatias@ballardspahr.com | Christopher Suarez (*pro hac vice*)<br>**STEPTOE LLP**<br>1330 Connecticut Avenue, NW<br>Washington, DC 20036<br>(202) 429-3000<br>csuarez@steptoe.com |
| Caryn Borg-Breen (*pro hac vice*)<br>Doyle S. Tuvesson (*pro hac vice*)<br>**BALLARD SPAHR LLP**<br>1735 Market Street, 51st Floor<br>Philadelphia, PA 19103<br>(215) 864-8841<br>borgbreenc@ballardspahr.com<br>tuvessond@ballardspahr.com | *Attorneys for Plaintiff Express Mobile, Inc.* |

*Counsel for Defendant/Counterclaimant GoDaddy.com, LLC*

IT IS SO ORDERED this ___9th___ day of ___July___, 2025.

_____
UNITED STATES DISTRICT JUDGE

5