IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EXPRESS MOBILE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.1:19-cv-01937-MFK |
| ) | |
| GODADDY.COM, LLC, ) | |
| ) | |
| Defendant. ) | |

**VERDICT FORM**

**INSTRUCTIONS:**

      When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout this Verdict Form. Your answer to each question must be unanimous. Some of the questions contain legal terms that are defined and explained in detail in the Jury Instructions. Please refer to the Jury Instructions if you are unsure about the meaning or usage of any legal term that appears in the questions below.

We, the jury, unanimously agree to the answers to the following questions and return them under the instructions of this court as our verdict in this case.

## QUESTION 1: Infringement

Did Express Mobile prove by a preponderance of the evidence that GoDaddy infringed the identified claim of the Asserted Patents?

Please check "Yes" or "No" for <u>each</u> claim. "Yes" is in favor of Express Mobile and "No" is in favor of GoDaddy.

| '397 Patent | Claim 2: | Yes: _X_ (for Express Mobile) | No: ____ (for GoDaddy) |
|---|---|---|---|
| '168 Patent | Claim 1: | Yes: _X_ (for Express Mobile) | No: ____ (for GoDaddy) |

**Please Proceed to Question 2.**

2

## QUESTION 2: Willfulness

Did Express Mobile prove by a preponderance of the evidence that GoDaddy willfully infringed the identified claim of the Asserted Patents?

Please check "Yes" or "No" for <u>each</u> claim. "Yes" is in favor of Express Mobile and "No" is in favor of GoDaddy.

| | | |
|---|---|---|
| '397 Patent | Claim 2: | Yes: _X_ (for Express Mobile)   No: ____ (for GoDaddy) |
| '168 Patent | Claim 1: | Yes: _X_ (for Express Mobile)   No: ____ (for GoDaddy) |

**Please Proceed to Question 3.**

## QUESTION 3: Invalidity

Did GoDaddy prove by clear and convincing evidence that the identified claim is invalid?

**Please check "Yes" or "No" for each claim. "Yes" is in favor of GoDaddy and "No" is in favor of Express Mobile.**

| | | | |
|---|---|---|---|
| '397 Patent | Claim 2: | Yes: ____ (for GoDaddy) | No: _X_ (for Express Mobile) |
| '168 Patent | Claim 1: | Yes: ____ (for GoDaddy) | No: _X_ (for Express Mobile) |

**If you checked "Yes" for any claims in Question 1 and checked "No" for any such claims in in Question 3, i.e., you determined that at least one claim is infringed and not invalid, proceed to Question 4.**

Otherwise, skip and DO NOT answer Question 4, and instead please proceed directly to the Final Page of the Jury Verdict and sign and date that page.

## QUESTION 4: Damages

What sum of money in the form of a reasonable royalty do you find that Express Mobile proved by a preponderance of the evidence would fairly and reasonably compensate Express Mobile for GoDaddy's past infringement of Express Mobile's Asserted Patents?

**QUESTION 4a:**

Is your reasonable royalty calculated based on a single up-front royalty or on royalties that would have been paid over the life of the patents?

(check one)

_____ Up-front royalty

__X__ Royalties over life of patent(s)

If you checked "up-front royalty," continue to Question 4b and skip Question 4c.
If you checked "royalties over life of patent(s)," skip Question 4b and continue to Question 4c.

**QUESTION 4b:**

What amount of damages has Express Mobile proven, by a preponderance of the evidence, that it is entitled to as an up-front royalty for GoDaddy's infringement of the '397 Patent and/or the '168 Patent?

Answer: $ _____

**QUESTION 4c:**

What amount of damages has Express Mobile proven, by a preponderance of the evidence, that it is entitled to be paid as royalties over the life of the patent(s) for GoDaddy's infringement of the '397 Patent and/or the '168 Patent? (Note: If, for a particular patent, you found no claim to be infringed and valid, you may not award damages for that patent.)

Through December 2, 2019:

$ 100,000,000.00

Between December 2, 2019, and December 6, 2022:

$ 70,000,000.00

**Please proceed to the Final Page of the Verdict Form and sign and date that page.**

5

## Final Page of the Jury Verdict

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The foreperson should then sign and date the verdict form in the spaces below and notify the Court Security Officer that you have reached a verdict.

The foreperson should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

_____             11/06/2025
Signature                                                              Date