**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

EXPRESS MOBILE, INC.,

       Plaintiff,

  v.

                        C.A. No. 19-1937-MFK

GODADDY.COM, LLC,

       Defendant.

**STIPULATION TO EXTEND TIME FOR PARTIES TO FILE**
**PUBLIC VERSIONS OF POST-TRIAL BRIEFING,**
**TRIAL TRANSCRIPTS, AND TRIAL DEMONSTRATIVES**

WHEREAS, Plaintiff Express Mobile, Inc. ("Express Mobile") and Defendant GoDaddy.com, LLC ("Go Daddy") are attempting to resolve outstanding confidentiality issues regarding the trial transcripts, trial exhibits, and trial demonstratives which implicate current and anticipated post-trial briefing which does not conclude until reply briefs are due on January 20, 2026; and

WHEREAS, the parties wish to consolidate any potential confidentiality disputes in an efficient manner;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Express Mobile, Inc. ("Express Mobile") and Defendant GoDaddy.com, LLC ("GoDaddy"), by and through their undersigned counsel, and subject to the approval of the Court, that the deadline for the parties to file redacted, public versions of their memoranda and declarations in support of their post-trial motions (D.I. 476, 479, 480, and 481), later-filed post-trial motion filings, trial transcripts and, trial demonstratives be extended to **January 27, 2026**, to allow the parties additional time to attempt to resolve all pending confidentiality issues.

If the parties are unable to resolve all pending confidentiality issues, GoDaddy will file a motion to seal on or before January 27, 2026.  Express Mobile will file its response to any such motion within two (2) business days of the motion's filing date.  The parties respectfully request that, should GoDaddy file a motion to seal, the Court defer its resolution of the motion until after Express Mobile has responded.

Dated: December 22, 2025

/s/ Timothy Devlin
**DEVLIN LAW FIRM LLC**
Timothy Devlin (No. 4241)
1526 Gilpin Avenue
Wilmington, DE 19806
(302) 449-9010
tdevlin@devlinlawfirm.com

OF COUNSEL:
**STEPTOE & JOHNSON LLP**
James R. Nuttall
John L. Abramic
Robert F. Kappers
Daniel F. Gelwicks
Candice J. Kwark
227 West Monroe Street, Suite 4700
Chicago, IL 60606
(312) 577-1300
jnuttall@steptoe.com
jabramic@steptoe.com
rkappers@steptoe.com
dgelwicks@steptoe.com
ckwark@steptoe.com

Christopher A. Suarez
1330 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 429-8131
csuarez@steptoe.com

/s/ Beth Moskow-Schnoll
**BALLARD SPAHR LLP**
Beth Moskow-Schnoll (No. 2900)
Alan Cardenas-Moreno (No. 7174)
919 N. Market Street, 11th Floor
Wilmington, DE 19801-3034
(302) 252-4465
moskowb@ballardspahr.com
cardenasmorenoa@ballardspahr.com

OF COUNSEL:
**BALLARD SPAHR LLP**
Brian W. LaCorte (*pro hac vice*)
Andrea Stone (*pro hac vice*)
Mitchell L. Turbenson (*pro hac vice*)
Andrew Hensley (*pro hac vice*)
1 East Washington Street, Suite 2300
Phoenix, AZ 85004-2555
(602) 798-5400
lacorteb@ballardspahr.com
stonea@ballardspahr.com
turbensonm@ballardspahr.com
hensleyd@ballardspahr.com

Doyle S. Tuvesson (*pro hac vice*)
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
(215) 861-7452
tuvessond@ballardspahr.com

*Attorneys for Plaintiff Express Mobile, Inc.*

Richard W. Miller (*pro hac vice*)
Samhitha Medatia (*pro hac vice*)
999 Peachtree Street, NE, Suite 1600
Atlanta, GA 30309-3915
(678) 420-9362
millerrw@ballardspahr.com
medatias@ballardspahr.com

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Derek Shaffer (*pro hac vice*)
1300 I Street, NW, Suite 900
Washington, DC 20005
(202) 538-8000
derekshaffer@quinnemanuel.com
John Bash (*pro hac vice*)
300 West 6th St., Suite 2010
Austin, TX 78701
(737) 667-6100
johnbash@quinnemanuel.com

Stephen Wood (*pro hac vice*)
2755 E. Cottonwood Parkway, Suite 520
Salt Lake City, Utah 84121
(737) 667-6100
stephenwood@quinnemanuel.com

**WHITE & CASE LLP**
Yar R. Chaikovsky (*pro hac vice pending*)
yar.chaikovsky@whitecase.com
2 Palo Alto Square, Suite 900
Palo Alto, CA 94303
Telephone: (650) 213-0300

Mark Davies (*pro hac vice*)
mark.davies@whitecase.com
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 637-6261

T. Markus Funk (*pro hac vice pending*)
mfunk@whitecase.com
111 S Wacker Dr

Chicago, IL 60606
Telephone: (312) 775-4805

*Counsel for Defendant GoDaddy.com, LLC*